

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 1 1 2015

TONY R. MOORE, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:15CR00122 |
| | * | 18 U.S.C. § 2 |
| VERSUS | * | 18 U.S.C. § 641 |
| | * | 18 U.S.C. § 371 |
| | * | 18 U.S.C. § 1028A |
| LOUIS W. CARBINS, JR   (01) | * | JUDGE Haik |
| LAPHRIDA T. WATTS    (02) | * | MAGISTRATE JUDGE Hill |

## INDICTMENT

**THE FEDERAL GRAND JURY CHARGES:**

### COUNT 1

**Conspiracy to Defraud the United States**
**[18 U.S.C. § 371]**

A.    **INTRODUCTION**

At all times material herein:

1. The Internal Revenue Service of the Department of the Treasury ("IRS") is an agency of the United States Government responsible for the collection of federal income taxes owed by individual taxpayers.

2. A taxpayer who overpaid his or her taxes is entitled to a refund, which is obtained by filing a U.S. Individual Income Tax Return, Form 1040, showing the overpaid amount and claiming a refund.

3. IRS procedures permit taxpayers to file U.S. Individual Income Tax Returns, Form 1040, electronically.

1

4. If a refund is claimed, payment of the refund to the taxpayer is made by several methods as elected by the taxpayer and includes deposits to bank accounts identified on the tax return by its bank routing and account numbers.

**B.    OBJECT OF THE CONSPIRACY**

Beginning in February of 2013 and continuing through August 2013, in the Western District of Louisiana and elsewhere, the defendants, LOUIS W. CARBINS, JR and LAPHRIDA T. WATTS, knowingly and willfully conspired and agreed together and with other persons both known and unknown to the Grand Jury, to defraud the IRS, by obtaining false and fraudulent tax refunds, to which they were not entitled.

**C.    THE MANNER AND MEANS OF THE CONSPIRACY**

The manner and means by which the defendants, LOUIS W. CARBINS, JR and LAPHRIDA T. WATTS, sought to accomplish the object of the conspiracy included the following:

1. The defendants, LOUIS W. CARBINS, JR and LAPHRIDA T. WATTS, conspired with others known and unknown to unlawfully obtain means of identification of real people (the "identity victims"), including their names, social security numbers, and dates of birth.

2. The defendants, LOUIS W. CARBINS, JR and LAPHRIDA T. WATTS, caused to be electronically filed false Income Tax Returns, Form 1040, using the unlawfully obtained means of identification described above, without the knowledge or consent of the identity victims.

3. The defendants, LOUIS W. CARBINS, JR and LAPHRIDA T. WATTS, then caused the IRS to issue fraudulent refund checks in the name of the identity victims into bank accounts in the name of the defendant, LOUIS W. CARBINS, JR.

4. The defendants, LOUIS W. CARBINS, JR and LAPHRIDA T. WATTS, after obtaining the fraudulent tax refunds, profited from the scheme by withdrawing some of the illegal proceeds from the bank accounts and using the proceeds for their personal expenses.

## C.  OVERT ACTS

In furtherance of the conspiracy and to effect the objects thereof, the defendants, LOUIS W. CARBINS, JR and LAPHRIDA T. WATTS performed or caused to be performed the following overt acts among others:

The allegations contained in Counts 2 through 9 are re-alleged and incorporated herein as constituting overt acts in furtherance of the conspiracy, all in violation of Title 18, United States Code, Section 371. [18 U.S.C. § 371]

**Count 2**
**Theft of Government Money**
**[18 U.S.C. § 641]**
**[18 U.S.C. § 2]**

On or about February 26, 2013, in the Western District of Louisiana, the defendants, LOUIS W. CARBINS, JR and LAPHRIDA T. WATTS, willfully and knowingly did embezzle, steal, purloin and knowingly convert to his/her use and the use of another, an unlawfully obtained IRS refund issued in the name of identity victims D.G. and D.G. in

the amount of $7,695.00 dollars, in violation of Title 18, United States Code, Sections 641 and 2. [18 U.S.C. § 641and 18 U.S.C. § 2].

## Count 3
**Theft of Government Money**
**[18 U.S.C. § 641]**
**[18 U.S.C. § 2]**

On or about March 11, 2013, in the Western District of Louisiana, the defendants, LOUIS W. CARBINS, JR and LAPHRIDA T. WATTS, willfully and knowingly did embezzle, steal, purloin and knowingly convert to his/her use and the use of another, an unlawfully obtained IRS refund issued in the name of identity victims M.E. and L.E. in the amount of $8,878.00 dollars, in violation of Title 18, United States Code, Sections 641 and 2. [18 U.S.C. § 641and 18 U.S.C. § 2].

## Count 4
**Theft of Government Money**
**[18 U.S.C. § 641]**
**[18 U.S.C. § 2]**

On or about April 3, 2013, in the Western District of Louisiana, the defendants, LOUIS W. CARBINS, JR and LAPHRIDA T. WATTS, willfully and knowingly did embezzle, steal, purloin and knowingly convert to his/her use and the use of another, an unlawfully obtained IRS refund issued in the name of identity victims L.C. and D.C. in the amount of $8,154.00 dollars, in violation of Title 18, United States Code, Sections 641 and 2. [18 U.S.C. § 641and 18 U.S.C. § 2].

## Count 5
## Theft of Government Money
## [18 U.S.C. § 641]
## [18 U.S.C. § 2]

On or about April 3, 2013, in the Western District of Louisiana, the defendants, LOUIS W. CARBINS, JR and LAPHRIDA T. WATTS, willfully and knowingly did embezzle, steal, purloin and knowingly convert to his/her use and the use of another, an unlawfully obtained IRS refund issued in the name of identity victims D.H. and D.H. in the amount of $7,671.00 dollars, in violation of Title 18, United States Code, Sections 641 and 2. [18 U.S.C. § 641and 18 U.S.C. § 2].

## Count 6
## Theft of Government Money
## [18 U.S.C. § 641]
## [18 U.S.C. § 2]

On or about April 5, 2013, in the Western District of Louisiana, the defendants, LOUIS W. CARBINS, JR and LAPHRIDA T. WATTS, willfully and knowingly did embezzle, steal, purloin and knowingly convert to his/her use and the use of another, an unlawfully obtained IRS refund issued in the name of identity victims J.L. and C.L. in the amount of $8,745.00 dollars, in violation of Title 18, United States Code, Sections 641 and 2. [18 U.S.C. § 641and 18 U.S.C. § 2].

## Count 7
## Theft of Government Money
## [18 U.S.C. § 641]
## [18 U.S.C. § 2]

On or about April 6, 2013, in the Western District of Louisiana, the defendants, LOUIS W. CARBINS, JR and LAPHRIDA T. WATTS, willfully and knowingly did embezzle, steal, purloin and knowingly convert to his/her use and the use of another, an

unlawfully obtained IRS refund issued in the name of identity victims D.M. and L.M. in the amount of $8,841.00 dollars, in violation of Title 18, United States Code, Sections 641 and 2. [18 U.S.C. § 641and 18 U.S.C. § 2].

### Count 8
### Theft of Government Money
### [18 U.S.C. § 641]
### [18 U.S.C. § 2]

On or about April 10, 2013, in the Western District of Louisiana, the defendants, LOUIS W. CARBINS, JR and LAPHRIDA T. WATTS, willfully and knowingly did embezzle, steal, purloin and knowingly convert to his/her use and the use of another, an unlawfully obtained IRS refund issued in the name of identity victims D.B. and L.B. in the amount of $8,417.00 dollars, in violation of Title 18, United States Code, Sections 641 and 2. [18 U.S.C. § 641and 18 U.S.C. § 2].

### Count 9
### Aggravated Identity Theft
### [18 U.S.C. § 1028A]
### [18 U.S.C. § 2]

The allegations in Counts 1 through 8 of this indictment are re-alleged and incorporated herein.

From on or about February 2013 through August 2013, within the Western District of Louisiana and elsewhere, the defendants, LOUIS W. CARBINS, JR and LAPHRIDA T. WATTS, did knowingly possess and use, without lawfully authority, the names and social security numbers of the identity victims identified above in Counts 2 through 8, during

and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), in order to fraudulently cause the IRS to issue refund checks in the amounts detailed above in Counts 2 through 8, in violation of Title 18, United States Code, Section 1028A and 2. [18 U.S.C. § 1028A and 18 U.S.C. § 2].

A TRUE BILL:

FOREPERSON: FEDERAL GRAND JURY

STEPHANIE A. FINLEY
United States Attorney

_____
KELLY P. UEBINGER (Bar No. 21028)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
(337) 262-6618